



## MEMORANDUM OPINION

No. 04-09-00651-CR

**IN RE** Jason **MIEARS**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Karen Angelini, Justice
                Phylis J. Speedlin, Justice
                Rebecca Simmons, Justice

Delivered and Filed: November 4, 2009

PETITION FOR WRIT OF MANDAMUS DENIED

On October 13, 2009, relator Jason Miears filed a petition for writ of mandamus, complaining of the trial court's failure to rule on his motion to proceed *pro se* in the competency hearing. Relator alleges he filed his motion on October 8, 2009. However, on October 20, 2009, relator waived the issue of incompetency at a hearing before the trial court. Therefore, we DENY AS MOOT relator's petition for writ of mandamus. Tex. R. App. P. 52.8(a).

PER CURIAM

DO NOT PUBLISH

---

[1] This proceeding arises out of Cause No. 2009-CR-6566, styled *State v. Jason Miears*, pending in the 379th Judicial District Court, Bexar County, Texas, the Honorable Ron Rangel presiding.